UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY ALEXANDER** | * |
| | * |
| **VERSUS** | *   CIVIL ACTION NO. 11-2258 "C"(3) |
| | * |
| **ENVIRONMENTAL SAFETY & HEALTH** | * |
| **CONSULTING SERVICES, INC.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Joint Motion to Dismiss (Rec. Doc. 5);

IT IS HEREBY ORDERED THAT the Motion to Dismiss is GRANTED and that all claims in the above-captioned case are hereby dismissed with prejudice each party to bear their own costs.

New Orleans, Louisiana, this 27th day of October, 2011.

_____
United States District Judge